UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor,

Plaintiff,

v.

VIKINGLOBAL CORPORATION,
ROBERT ANDERSON and
MARK SCHMIDT, Trustees of the
VIKINGLOBAL CORPORATION
401(K) PLAN,

Defendants.

CIVIL ACTION
FILE NO.: 1:07-cv-00364-S-DLM

JOINT NOTICE CONCERNING SETTLEMENT AND REQUEST FOR EXTENSION OF TIME UNTIL APRIL 30, 2008 TO FILE CONSENT JUDGMENT

Plaintiff Elaine Chao, Secretary of the United States Department of Labor (hereinafter, the "Secretary") and Defendants Robert Anderson and Mark Schmidt, hereby respectfully notify the Court that they are in the process of negotiating a settlement of all issues relating to this action. The parties anticipate that they will be able to finalize an agreement no later than April 30, 2008. Consequently, the parties hereby request additional time until Wednesday, April 30, 2008 in which to file a Consent Judgment for approval by the Court.

The following represents the basis for this joint request.

1. On October 2, 2007, the Secretary filed the Complaint in this matter. The Complaint and Notice of Lawsuit and Request for Waiver of Service for Summons were served on defendants on October 11, 2007. The Waiver of Service of Summons was executed by

defendant Anderson on November 12, 2007, and by defendant Schmidt on November 13, 2007.

2. The parties have been actively engaged in ongoing negotiations and have reached a settlement in principle which may eliminate the need to proceed with the litigation. Such a settlement also obviates the need for an Answer. However, the parties require some time to finalize the agreement and produce the necessary documents for Court approval of the settlement. Therefore, the parties request that the Court grant them additional time until April 30, 2008 to file their settlement for approval by the Court.

Respectfully submitted,

FOR: PLAINTIFF ELAINE L. CHAO

Christine Collins

March 27, 2008
Date

Christine A. Collins, Attorney
U.S. Department of Labor – SOL
JFK Federal Building, Room E-375
Boston, MA 02203

FOR: DEFENDANT ROBERT ANDERSON

Date

Timothy J Morgan, Attorney
33 College Hill Road, Suite 15G
Warwick, RI 02886

FOR: DEFENDANT MARK SCHMIDT

March 27, 2008
Date

Richard W. Lauricella, Attorney
498 North Potomac Street
Hagerstown, MD 21740

defendant Anderson on November 12, 2007, and by defendant Schmidt on November 13, 2007.

2. The parties have been actively engaged in ongoing negotiations and have reached a settlement in principle which may eliminate the need to proceed with the litigation. Such a settlement also obviates the need for an Answer. However, the parties require some time to finalize the agreement and produce the necessary documents for Court approval of the settlement. Therefore, the parties request that the Court grant them additional time until April 30, 2008 to file their settlement for approval by the Court.

Respectfully submitted,

FOR: PLAINTIFF ELAINE L. CHAO

Christine A. Collins, Attorney
U.S. Department of Labor – SOL
JFK Federal Building, Room E-375
Boston, MA 02203

March 28, 2008
Date

FOR: DEFENDANT ROBERT ANDERSON

Timothy J Morgan, Attorney
33 College Hill Road, Suite 15G
Warwick, RI 02886

3/28/08
Date

FOR: DEFENDANT MARK SCHMIDT

Richard W. Lauricella, Attorney
498 North Potomac Street
Hagerstown, MD 21740

Date