UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor,

Plaintiff,

v.

VIKINGLOBAL CORPORATION,
ROBERT ANDERSON and
MARK SCHMIDT, Trustees of the
VIKINGLOBAL CORPORATION
401(K) PLAN,

Defendants.

CIVIL ACTION
FILE NO.: 1:07-cv-00364-S-DLM

JOINT REQUEST FOR ADDITIONAL
EXTENSION OF TIME UNTIL MAY 30, 2008 TO FILE CONSENT JUDGMENT

Plaintiff Elaine Chao, Secretary of the United States Department of Labor (hereinafter, the "Secretary") and Defendants Robert Anderson, Mark Schmidt and VikinGlobal Corporation, hereby respectfully notify the Court that they are close to finalizing a settlement of all issues relating to this action but need more time than originally anticipated. The parties now anticipate that they will be able to finalize an agreement no later than May 30, 2008. Consequently, the parties hereby request additional time until Friday, May 30, 2008 in which to file a Consent Judgment for approval by the Court.

The following represents the basis for this joint request.

1. On April 1, 2008 the Court granted the parties an extension of time until April 30, 2008 to file a Consent Judgment in this matter.

2. The parties have taken steps to effectuate the negotiated settlement and have made significant progress towards a resolution that will eliminate the need to proceed with the litigation. However, the parties require more time than originally anticipated to finalize an agreement and produce the necessary documents for Court approval of the settlement. Therefore, the parties request that the Court grant them a further extension of time until May 30, 2008 to file their settlement for approval by the Court.

Respectfully submitted,

FOR: PLAINTIFF ELAINE L. CHAO

Christine Collins

Christine A. Collins, Attorney
U.S. Department of Labor – SOL
JFK Federal Building, Room E-375
Boston, MA 02203

4/30/08
Date

FOR: DEFENDANTS ROBERT ANDERSON and VIKINGLOBAL CORPORATION

Timothy J Morgan, Attorney
33 College Hill Road, Suite 15G
Warwick, RI 02886

Date

FOR: DEFENDANT MARK SCHMIDT

Richard W. Lauricella, Attorney
498 North Potomac Street
Hagerstown, MD 21740

4/30/08
Date

2. The parties have taken steps to effectuate the negotiated settlement and have made significant progress towards a resolution that will eliminate the need to proceed with the litigation. However, the parties require more time than originally anticipated to finalize an agreement and produce the necessary documents for Court approval of the settlement. Therefore, the parties request that the Court grant them a further extension of time until May 30, 2008 to file their settlement for approval by the Court.

Respectfully submitted,

FOR: PLAINTIFF ELAINE L. CHAO

Christine Collins | 4/30/08

Christine A. Collins, Attorney | Date
U.S. Department of Labor – SOL
JFK Federal Building, Room E-375
Boston, MA 02203

FOR: DEFENDANTS ROBERT ANDERSON and VIKINGLOBAL CORPORATION

[signature] | 4/30/08

Timothy J Morgan, Attorney | Date
33 College Hill Road, Suite 15G
Warwick, RI 02886

FOR: DEFENDANT MARK SCHMIDT

Richard W. Lauricella, Attorney | Date
498 North Potomac Street
Hagerstown, MD 21740