UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor,

Plaintiff,

v.

VIKINGLOBAL CORPORATION,
ROBERT ANDERSON and
MARK SCHMIDT, Trustees of the
VIKINGLOBAL CORPORATION
401(K) PLAN,

Defendants.

CIVIL ACTION
FILE NO.: 1:07-cv-00364-S-DLM

CONSENT JUDGMENT AND ORDER

Defendants VikinGlobal Corporation, Robert Anderson and Mark Schmidt ("Defendants"), and Plaintiff Elaine L. Chao, Secretary of Labor, United States Department of Labor, (the "Secretary") have agreed to resolve all matters in controversy in this action, and accordingly consent to the entry of this Consent Judgment and Order by this Court.

By consenting to this Consent Judgment and Order, Defendants admit to the jurisdiction of this Court over them and over the subject matter of this action. For purposes of this Consent Judgment and Order, Defendants neither admit nor deny the remaining allegations of the Complaint.

The parties expressly waive findings of fact and conclusions of law and consent to entry of this Consent Judgment and Order as a full and complete resolution of all claims and issues

arising between them in connection with this action, without trial or adjudication of any issue of fact or law.

The parties agree to entry of this Consent Judgment and Order, and, with due consideration and being fully advised of the premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Court has jurisdiction over the parties to this Consent Judgment and Order and over the subject matter of this action and is empowered to provide the relief herein.

2. Defendants are permanently enjoined from violating or participating in any violation of Title I of the Employee Retirement Income security Act of 1974 (ERISA), 29 U.S.C. § 1001 et seq.

3. Defendants are enjoined for a period of eight years from acting in a fiduciary capacity within the meaning of ERISA §3(21), 29 U.S.C. § 1002(21) with respect to any ERISA-covered employee benefit plan other than the VikinGlobal Corporation 401(k) Plan (the "Plan").

4. Within one hundred and twenty (120) days of the date of entry of this Consent Judgment and Order, Defendants Anderson and Schmidt shall complete the distribution of all the Plan's assets to the participants and beneficiaries.

5. Within thirty (30) days of the date of the final distribution of Plan assets pursuant to this Consent Judgment and Order, Defendants shall provide the Department of Labor with proof of all distributions pursuant to this Consent Judgment and Order. Such verification shall be provided to:

Christine Collins, Attorney
U.S. Department of Labor
Office of the Solicitor
JFK Federal Building, Room E-375
Boston, MA 02203

6. Neither the fact nor the terms of this Consent Judgment and Order shall be offered or received in evidence in any action or proceeding for any purpose, except an action or proceeding arising under this Consent Judgment and Order.

7. Each party shall bear its own fees, costs and expenses with respect to this action.

8. The Court shall retain jurisdiction to the extent necessary to enforce this Consent Judgment and Order.

9. Nothing in this Consent Judgment and Order is binding on any governmental agency other than the United States Department of Labor.

IT IS SO ORDERED THIS _______ day of _____________, 2008.

_______________________________
United States District Judge

*Consented to by:*

For the Defendants: Robert Anderson and VikinGlobal Corporation

Timothy J Morgan, Attorney
33 College Hill Road, Suite 15G
Warwick, RI 02886

Date

For: Defendant Mark Schmidt

Richard W. Lauricella, Attorney
498 North Potomac Street
Hagerstown, MD 21740

May 30, 2008
Date

For the Plaintiff: Elaine L. Chao, Secretary of Labor:

Jonathan L. Snare
Acting Solicitor of Labor

Frank V. McDermott, Jr.
Regional Solicitor

Christine A. Collins
Attorney

May 30 2008
Dated

Attorneys for the Plaintiff
U.S. Department of Labor
Office of the Solicitor
J.F.K. Federal Building,
Room E-375
Boston, MA 02203